**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**UNITED STATES OF AMERICA,**

              **Plaintiff,**                         **NOTICE**

**v.**                                     **Case No. 2:19-cr-53**

                                            **JUDGE SARGUS, JR.**

**ANDREW K. MITCHELL,**

              **Defendant.**


       **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court        **COURTROOM #311**
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard           **November 28, 2023 at 2:15 p.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Lafler Hearing**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.



                                     **EDMUND A. SARGUS, JR.**
                                     **UNITED STATES DISTRICT JUDGE**

DATE:  November 17, 2023


                                 /s /  Christin M. Werner
                              (By) Christin M. Werner, Deputy Clerk